# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

ARTHUR CERECEDES,

      Plaintiff,

vs.                                                      No. CIV 06-902 MCA/LFG

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

      Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S ANALYSIS AND RECOMMENDED DISPOSITION AND REMANDING CASE TO COMMISSIONER

THIS MATTER is before the Court on the Magistrate Judge's Analysis and Recommended Disposition filed August 20, 2007 [Doc. 27]. No objections were filed, and the time for objecting has expired. The Court, having made a *de novo* review of the Analysis and Recommended Disposition, determines that the Analysis and Recommended Disposition should be adopted and the case remanded to the Commissioner for further proceedings.

IT IS THEREFORE ORDERED that the Magistrate Judge's Analysis and Recommended Disposition [Doc. 27] is hereby adopted;

IT IS FURTHER ORDERED that Plaintiff's Motion to Reverse and Remand [Doc. 14] is granted;

IT IS FURTHER ORDERED that this matter is remanded to the Commissioner of the Social Seucrity Administration to conduct further proceedings, in accord with the Magistrate Judge's Analysis and Recommended Disposition.

_____
UNITED STATES DISTRICT JUDGE